UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 98.41.215.79,<br><br>    Defendant. | Case No.: 2:24-02300-TLN-CKD<br><br>[~~PROPOSED~~] ORDER ON PLAINTIFF'S APPLICATION FOR EXTENSION OF TIME WITHIN WHICH TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT |

THIS CAUSE came before the Court upon Plaintiff's application for entry of an Order extending the time within which to effectuate service on John Doe Defendant with a summons and Complaint, and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE:  Plaintiff's application is granted.  Plaintiff shall have up to and including January 10, 2025, to effectuate service of a summons and Complaint on Defendant.

/////

1

**DONE AND ORDERED**.

Dated:  December 3, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

5, stri2300.24

2

[Proposed] Order on Plaintiff's Application for Extension of Time Within Which to Effectuate Service on John Doe Defendant
Case No. 2:24-cv-02300-TLN-CKD